**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

June 12, 2020

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Bail conditions modified to permit travel to the Northern District of New York.

SO ORDERED.
June 12, 2020.

_____
P. Kevin Castel
United States District Judge

Re: <u>United States v. Grasso</u>, 2020 Cr. 0163 (PKC)

Hon. Judge Castel:

  With the consent of the government and pretrial services, I write the Court to request that it modify one of Mr. Guido's bail conditions, so he may periodically travel to the Northern District of New York to visit his recently widowed mother.

  Thank you for considering this request.

Respectfully submitted,

/s/_____
Sabrina P. Shroff
Counsel for Thomas Guido

cc: All counsel (by ECF)