UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-

Thomas Guido, III,
                              Defendant.
-----------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

20 CR 163 (PKC)

       I have received a copy of the superseding indictment containing the charges against me and have reviewed it with my attorney, Sabrina Shroff.

       I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

      1)     I have received and reviewed a copy of the indictment.
      2)     I do not need the judge to read the indictment aloud to me.
      3)     I plead not guilty to the charges against me in the indictment.

       I have discussed these issues with my attorney and because of safety issues raised by the COVID-19 pandemic, I give up my right to be personally present at the conference.

Date:           /s/ Thomas Guido III
                Signature of Defendant

                Thomas Guido III
                _____
                Print Name

Accepted:     [signature]   10-27-20
                Hon. P. Kevin Castel  USDJ
                Date: