**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

March 22, 2022

**BY ECF**

Honorable P. Kevin Castel
United States District Judge for the
 Southern District of New York
500 Pear Street
New York, NY 10007-1312

Application granted. Dial-In No.: 1-888-363-4749, Access Code: 3667981#.
SO ORDERED.
Dated: 3/22/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re: **United States v. Grasso et al**, 20 Cr. 163 (PKC)
**(Waiver of personal appearance)**

Your Honor:

Mr. Thomas Guido III, seeks the Court's permission to waive his personal appearance for his March 23, 2022, court appearance, given that the main purpose of the status conference is to set a trial schedule. The government has no objection to this application. Mr. Guido resides in Middletown, New York, and his travel time would be more than two hours each way. I request that the Court permit him to appear by phone on March 23, 2022.

I thank the Court for its time and consideration.

Respectfully submitted,
/s/Sabrina P. Shroff
Attorney for Armando Thomas Guido III

cc:    All counsel (by ECF) & pretrial by email