Case 1:20-cr-00163-PKC   Document 194-1   Filed 04/14/22   Page 1 of 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

United States of America
                 Plaintiff (s),

V.

Thomas Guido
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20 CR 163 (PKC)

Notice is hereby given that, subject to approval by the court, __Defendant Thomas Guido__ substitutes
                                                                     (Party (s) Name)

__Joseph R. Corozzo__, State Bar No. __2440964__ as counsel of record in
(Name of New Attorney)

place of __Sabrina P. Shroff__.
                       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Rubinstein & Corozzo, LLP |
| Address: | 260 Madison Ave., 22nd Fl., New York, New York 10016 |
| Telephone: | (212) 545-8777     Facsimile (917) 722-8206 |
| E-Mail (Optional): | jcorozzo@rubcorlaw.com |

I consent to the above substitution.
Date: 4/13/22
                                       (Signature of Party (s))

I consent to being substituted.
Date:
                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/12/22
                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: April 14, 2022
                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]