Dear Judge Castel:

My name is Marie Bauso and I am writing this letter on behalf of my nephew Thomas Guido. Thomas is the son of my now deceased brother, Thomas Guido. I am a mother of three children, and Thomas has always been like another son. I have been made fully aware of the charges my nephew is guilty of committing. While I do not excuse these or take them lightly, I ask that you please take into consideration some of the things I'd like to explain in this letter. My grandfather Paul, my father Thomas Guido and my brother Thomas all passed away from strokes before their time. By the grace of god, Thomas's expert doctors were able to find this ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ which gave us an answer as to why the whole paternal line of Guidos died of strokes. My biggest fear is losing Tom. This is the reason I have written this letter. Tom has become the head of our family. He has helped me in more ways than I can begin to explain in this letter. I of course am not the only person Tom has helped. His mother nancy, my sister in law, has had ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Tom is the rock that both of us rely on, being 76 years old. Tom also helps his niece with her three children, one of them being ▇▇▇▇. If Tom were not around, it would cause a hardship for the whole family that he holds so dear. It would not only be a financial hardship but also an emotional one, which I think you'd agree is even worse. I am not an attorney and I don't claim to understand every single thing that has happened along the way. But I am writing to you as a loving mother and aunt who pleads for the health and well being of my nephew. I know this may not be the most professional of letters, but if you could find it in your heart to please let my nephew not miss a moment of time with his family, then my prayers will have truly been answered. I thank you so much for reading this and I thank you so much for giving me the opportunity to be heard. I know this has been an anxious time for our whole family and especially for Tom.

Respectfully,
Marie Bauso