# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

**RONALD RUBINSTEIN**
**JOSEPH R. COROZZO**

Of Counsel:
MARSHALL A. MINTZ

**ANGELA D. LIPSMAN (NY; NJ)**

January 4, 2023

Application GRANTED.
SO ORDERED.
Dated: 1/4/2023

_/s/ P. Kevin Castel_
P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Guido
<u>20 CR 163 (PKC)</u>

Dear Judge Castel,

    I represent Defendant Thomas Guido ("Guido"). Given the poor weather over the Christmas weekend, Mr. Guido has been invited to a belated holiday celebration. Because the dinner would take place in Pennsylvania, I write to respectfully request permission for Mr. Guido to travel this Saturday, January 7, 2023.

    If granted, Mr. Guido would go out to dinner with friends and his sister on Saturday at a restaurant in Wilkes Barre, Pennsylvania, and would return home that evening.

    My law office has conferred with the Government, and I have been advised that the U.S. Attorney's Office has no objection to this travel request. The Probation Department has advised us that any position would have to be taken by Pretrial Services, not by Probation.

    My office has conferred with Pretrial Services, and we have been advised that Pretrial Services takes no position on this application.

    [ Wherefore, I respectfully request permission for Mr. Guido to travel to Wilkes Barre, Pennsylvania this Saturday, January 7, 2023. ]

    Thank you for your consideration.

Respectfully submitted,

_/s/ Joseph R. Corozzo_
Joseph R. Corozzo, Esq.

RUBINSTEIN & COROZZO, LLP

cc:  A.U.S.A. Sarah Mortazavi (via ECF)
     Pretrial Services Officer Jessica Killian (via email)